# Court of Appeals
# of the State of Georgia

ATLANTA, July 05, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0078. IN RE: ESTATE OF GARY M. LEACH et al.**

Upon consideration of Appellant's Rule 40 (c) Original Mandamus in the above-styled case, and upon recognition that nothing before this Court reflects that the relevant costs have been paid for the various appeals referenced in Appellant's mandamus petition, it is hereby ordered that this petition is denied. See OCGA § 5-6-48 (c); *Mitchell v. Cancer CarePoint*, 299 Ga. App. 881 (683 SE2d 923) (2009).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/05/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.